IN THE SUPREME COURT OF THE STATE OF NEVADA

RHONDA ROE; DENISE DOE; JANE
DOE DANCER; AND JANE DOE
DANCERS 2-7,
               Appellants,
      vs.
RUSSELL ROAD FOOD AND
BEVERAGE, LLC, A NEVADA
LIMITED LIABILITY COMPANY, D/B/A
CRAZY HORSE III GENTLEMEN'S
CLUB, I-X; DOE CLUB OWNER, I-X;
DOE EMPLOYER, I-X; ROE CLUB
OWNER, I-X; ROES EMPLOYER, I-X;
JACQUELINE FRANKLIN; ASHLEIGH
PARK; LILY SHEPARD; STACIE
ALLEN; MICHAELA DEVINE;
SAMANTHA JONES; KARINA
STRELKOVA; AND DANIELLE
LAMAR,
               Respondents.

No. 84004

FILED

JUL 21 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, the parties' joint motion to voluntarily dismiss this appeal is granted. This appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

22-22990

cc: Hon. Joanna Kishner, District Judge
Leon Greenberg Professional Corporation
Bendavid Law
Bighorn Law/Las Vegas
Rusing Lopez & Lizardi, PLLC
Eighth District Court Clerk